**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0707

Claude Legendre

- - Versus - -

Cajun Constructors, LLC and Tristar Risk Management, Inc.

Workers Compensation Administration, Baton Rouge District Office, 5
Case #: 1604860
East Baton Rouge Parish

On Application for Rehearing filed on 03/13/2020 by Claude Legendre

Rehearing _____ *Denied* _____

_____
J. Michael McDonald

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

Date **AUG 0 3 2020**

_____
Rodd Naquin, Clerk